# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>             Petitioner,<br><br>     vs.<br><br>CALIFORNIA SUPERIOR COURT,<br>FRESNO COUNTY,<br><br>             Respondent. | Case No.:12-cv-01352-AWI-DLB (HC)<br><br>ORDER DIRECTING MEMORANDUM FILED BY PETITIONER ON FEBRUARY 25, 2013, BE STRICKEN FROM RECORD<br><br>(ECF No. 12) |

On December 6, 2012, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed and the Court declined to issue a certificate of appealability.

On February 25, 2013, Petitioner filed a document entitled "Memorandum" in which he lists several cases that he has filed in this court and other courts. Because Petitioner's "Memorandum" is not a properly filed post-judgment motion relating to this case, it is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 8, 2013**                       /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

1